IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 11-401-SLR |
| ) | |
| GC SERVICES L.P., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

At Wilmington this 3rd day of August, 2011, plaintiff having filed an acceptance of offer of judgment on July 27, 2011 (D.I. 8);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Angela Williams and against defendant GC Services L.P., in the amount of $3,000.00.

_____
United States District Judge

_____
(By) Deputy Clerk