# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ANGELA WILLIAMS,    Case No.: 1:11-cv-401-UNA

    Plaintiff,

v.

GC SERVICES, LP,

    Defendant.

## SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.


Dated: August 17, 2011

/S/ W. Christopher Componovo
W. Christopher Componovo
Attorney ID # 3234
Kimmel & Silverman, PC
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
(302) 791-9373 phone
(302) 791-9476 fax